APPLICANT       <u>JOHN DANIEL FAILS, JR.</u>       APPLICATION NO. <u>WR-63,632-04</u>

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**REMAND FOR EVIDENTIARY HEARING.**

*Cheryl Johnson*                            3/12/14

JUDGE                                          DATE